PEOPLE, Respondent, v. AH CHOY and JIM FOO, Appellants.

No. 10,582; January 14, 1881.

**Criminal Law.—A Defendant has No Appeal** from an order granting him a new trial.

APPEAL from Superior Court, San Joaquin County.

McStay & Swinnerton and W. M. Gibson for appellants; A. L. Hart, attorney general, for respondent.

By the COURT.—The attorney general moves to dismiss the appeal taken by the defendant from an order of the superior court granting him a new trial. No such appeal is authorized by the Penal Code.

Appeal dismissed.